IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**GEORGE NICHOLS,**

    **Plaintiff,**

**v.**                                                     **Case No.: 2:11-CV-00206**

**RAILSERVE, INC. and
DUPONT FILAMENTS-AMERICAS, LLC**

    **Defendants.**

## AGREED PARTIAL DISMISSAL ORDER

Pursuant to Rule 41(a)2 of the Fed. R. Civ. P., Plaintiff and Defendant, Railserve Inc., by counsel, informed the Court that Plaintiff has agreed to the voluntary dismissal, with prejudice, of his claims against Railserve, Inc. as Plaintiff concedes he lacks the necessary proof to support those claims. Co-Defendant DuPont Filament Americas, LLC has no objection to the entry of this Agreed Partial Dismissal Order. The Court, without objection, **ORDERED** that Railserve, Inc. be and hereby is dismissed with prejudice. Each party is to bear its own costs. The Clerk is directed to send a certified copy of this Order to all counsel of record.

Entered this 8th day of December, 2011.

Prepared by:

/s/ Shawn P. George
Shawn P. George, Esquire
(WV State Bar #1370)
George & Lorensen, P.L.L.C.
1526 Kanawha Blvd., East
Charleston, West Virginia 25311
PH: (304) 343-5555
Fax: (304) 342-2513
sgeorge@gandllaw.com
*Counsel for Railserve, Inc.*

Approved by:

/s/ Greg Hewitt
Greg Hewitt, Esquire
(WV State Bar #7457)
Hewitt & Salvatore, PLLC
204 N Court Street
Fayetteville, WV 25840
PH: (304) 574-0272
Fax: (304) 574-0273
ghewitt@hewittsalvatore.com
*Counsel for Plaintiff*

/s/ Paula Durst
Paula Durst, Esquire
(WV State Bar #5805)
Spilman Thomas & Battle PLLC
Spilman Center
300 Kanawha Blvd., East
Charleston, WV 25301
PH: (304) 340-3834
Fax: (304) 340-3801
pdurst@spilmanlaw.com